IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                  ORDER

                  Plaintiff,

COREN BRIGGS,

                  Intervening Plaintiff,

                                                          07-cv-544-bbc

   v.

HOUSING MANAGEMENT SERVICES,
INC., HOUSING MANAGEMENT
SERVICES, a WISCONSIN LIMITED
PARTNERSHIP, and RICHARD SIMMA,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs have petitioned for approval of a settlement involving minors. Before approving this settlement, I want to be sure that plaintiff, Coren Briggs, the mother of the two minor children, understands the terms of the settlement and agrees to them. Therefore, counsel for plaintiffs is directed to arrange a telephone conference with the court and plaintiff Coren Briggs. Counsel should consult with the clerk of court for a convenient date

1

and time for the telephone conference.

    Entered this 23d day of September, 2008.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge